UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Mag No.  13-8172 |
| | : | |
| v. | : | Hon. MADELINE COX ARLEO |
| | : | |
| LAURI LOVE | : | |
| a/k/a "NSH," | : | |
| a/k/a "ROUTE," | : | |
| a/k/a "PEACE" | : | SEALING ORDER |

This matter having been brought before the Court upon application of Paul J. Fishman, the United States Attorney for the District of New Jersey (Nicholas P. Grippo, Assistant United States Attorney, appearing), for an order sealing the criminal complaint and arrest warrant issued on this date, and for good cause shown,

IT IS on this 16th day of May, 2013,

ORDERED that, except for such copies of the arrest warrant and complaint as are necessary to accomplish the arrest warrant's purpose, including disclosure to foreign and domestic law enforcement authorities for purposes of executing the arrest warrant, the criminal complaint and arrest warrant, and all related documents filed in this matter, be and hereby are sealed until the arrest warrant is executed or until further Order of this Court.

_____
HON. MADELINE COX ARLEO
United States Magistrate Judge