UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Mag No. 13-8172 |
| | : | |
| v. | : | Hon. MADELINE COX ARLEO |
| | : | |
| LAURI LOVE | : | |
|    a/k/a "NSH," | : | |
|    a/k/a "ROUTE," | : | |
|    a/k/a "PEACE" | : | ORDER |

This matter having been brought before the Court upon application of Paul J. Fishman, the United States Attorney for the District of New Jersey (Nicholas P. Grippo, Assistant United States Attorney, appearing), for an order unsealing the criminal complaint and arrest warrant issued on May 16, 2013, and for good cause shown,

IT IS on this 24th day of October, 2013,

ORDERED that the criminal complaint and arrest warrant, and all related documents filed in this matter, shall be unsealed upon the arrest of the defendant on this or related charges, or upon the search of the defendant's residence.

_____
HON. MADELINE COX ARLEO
United States Magistrate Judge