UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Michael A. Hammer |
| | : | |
| v. | : | Crim. No. 13-712 (SDW) |
| | : | |
| LAURI LOVE, | : | SEALING ORDER |
| a/k/a "nsh," | : | |
| a/k/a "route," | : | |
| a/k/a "peace" | : | |

This matter having come before the Court upon the application of the United States of America (Nicholas P. Grippo, Assistant U.S. Attorney, appearing), for an arrest warrant, and its concurrent application that the Indictment filed against the person named in the warrant be filed under seal, and good cause having been shown,

IT IS, on this 23rd day of October, 2013

ORDERED that, except for such copies of the arrest warrant and indictment as are necessary to accomplish the arrest warrant's purpose, including disclosure to foreign and domestic law enforcement authorities for purposes of executing the arrest warrant, the Indictment and arrest warrant, and all related documents filed in this matter, be and hereby are sealed until the defendant is arrested on this or related charges, or the defendant's residence is searched, or until further Order of this Court.

_____
HONORABLE MICHAEL A. HAMMER
United States Magistrate Judge