

**U.S. Department of Justice**
*United States Attorney*
*District of New Jersey*

---

*Nicholas P. Grippo*
*Assistant United States Attorney*

*402 E. State Street*
*Trenton, New Jersey 08608*

*Direct Dial: (973) 645-2915*
*Facsimile:  (609) 989-2275*

February 28, 2014

<u>Via Email</u>
Clerk, United States District Court
Martin Luther King, Jr. Federal Building & Courthouse
50 Walnut Street
Newark, NJ 07101

> Re:    United States v. Lauri Love
>        Crim. No. 13-712

Dear Sir/Madam:

The above criminal case is currently under seal pursuant to an Order entered by the Honorable Michael A. Hammer, U.S.M.J., dated October 23, 2013.  That Order provided that the indictment and all related documents in this case would be sealed until the defendant "is arrested on this or related charges, or the defendant's residence is searched."  On or about October 25, 2013, the defendant's residence was searched by law enforcement authorities in the United Kingdom.  Accordingly, we request that this matter be unsealed.  Thank you for your assistance.

Respectfully submitted,

PAUL J. FISHMAN
United States Attorney

/s *Nicholas P. Grippo*
By: Nicholas P. Grippo
    Assistant U.S. Attorney